**Fill in this information to identify the case:**

Debtor Name  __ESCEE Delivery LLC__

United States Bankruptcy Court for the: _____**Northern**_____   District of _____**Texas**_____
(State)

Case number (If known): _____**23-43451-11**_____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Prosperity Bank** | **Checking account** | 1 6 4 5 | **$4,198.02** |
| 3.2. **Prosperity Bank** | **Checking account** | 1 6 5 3 | **$185,908.12** |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ | _____

   4.2 _____ | _____

5. **Total of Part 1** | **$190,106.14**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.

   ☐ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ | _____

Debtor      **ESCEE Delivery LLC**                                            Case number *(if known)* **23-43451-11**
                    Name

7.2 _____                                      _____

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

       Description, including name of holder of prepayment

       8.1 _____                                  _____

       8.2 _____                                  _____

9.     **Total of Part 2**                                                            _____

       Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10.    **Does the debtor have any accounts receivable?**

       ☑ No. Go to Part 4.

       ☐ Yes. Fill in the information below.

                                                                                      **Current value of
                                                                                      debtor's interest**

11.    **Accounts receivable**

       11a. 90 days old or less:  _____  -  _____  =..... ➡    _____
                                  face amount          doubtful or uncollectible accounts

       11b. Over 90 days old:     _____  -  _____  =..... ➡    _____
                                  face amount          doubtful or uncollectible accounts

12.    **Total of Part 3**                                                            _____

       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13.    **Does the debtor own any investments?**

       ☑ No. Go to Part 5.

       ☐ Yes. Fill in the information below.

                                                         **Valuation method used       Current value of
                                                         for current value             debtor's interest**

14.    **Mutual funds or publicly traded stocks not included in Part 1**

       Name of fund or stock:

       14.1 _____    _____    _____

       14.2 _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
       including any interest in an LLC, partnership, or joint venture**

       Name of entity:                                      % of
                                                            ownership:

       15.1._____    _____     _____    _____

       15.2._____    _____     _____    _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable
       instruments not included in Part 1**

       Describe:

Debtor       **ESCEE Delivery LLC**                                    Case number *(if known)* **23-43451-11**
　　　　　　 Name

| | | | |
|---|---|---|---|
| 16.1 _____ | | _____ | _____ |
| 16.2 _____ | | _____ | _____ |

17.　**Total of Part 4**

　　　Add lines 14 through 16. Copy the total to line 83.　　　　　　　　　　　　　　　　　　　　_____

---

**Part 5:**　　Inventory, excluding agriculture assets

18.　**Does the debtor own any inventory (excluding agriculture assets)?**

　　　☑ No. Go to Part 6.

　　　☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23.　**Total of Part 5**

　　　Add lines 19 through 22. Copy the total to line 84.　　　　　　　　　　　　　　　　　　　　_____

24.　**Is any of the property listed in Part 5 perishable?**

　　　☑ No

　　　☐ Yes

25.　**Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

　　　☑ No

　　　☐ Yes.　Book value _____　Valuation method _____　Current value _____

26.　**Has any of the property listed in Part 5 been appraised by a professional within the last year?**

　　　☑ No

　　　☐ Yes

---

**Part 6:**　　Farming and fishing-related assets (other than titled motor vehicles and land)

27.　**Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

　　　☑ No. Go to Part 7.

　　　☐ Yes. Fill in the information below.

---

Debtor    **ESCEE Delivery LLC**                                                    Case number *(if known)* **23-43451-11**
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☑ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☑ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desks (6) | unknown | Fair Market Value | $300.00 |

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **4**

Debtor   **ESCEE Delivery LLC**                                      Case number *(if known)* **23-43451-11**
         Name

| | | | |
|---|---|---|---|
| **Chairs (15)** | unknown | Fair Market Value | $225.00 |
| **Filing Cabinet** | unknown | Fair Market Value | $100.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Cell Phones (45)** | unknown | Fair Market Value | $1,575.00 |
| **Printers (2)** | unknown | Fair Market Value | $200.00 |
| **Computers (7)** | unknown | Fair Market Value | $250.00 |
| **Monitors (7)** | unknown | Fair Market Value | $150.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1 _____

42.2 _____

42.3 _____

43.  **Total of Part 7**                                                                          **$2,800.00**

Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **Mercedes-Benz Long / VIN: WD4PF1CD7KT006886 Lease** | unknown | | unknown |
| 47.2 **Mercedes-Benz Short / VIN: WD4PF0CD8KP094558 Lease** | unknown | | unknown |
| 47.3 **Mercedes-Benz Short / VIN: WD3PE7CD8JP643559 Lease** | unknown | | unknown |
| 47.4 **Mercedes-Benz Short / VIN: WD3PE7CD8JP643559 Lease** | unknown | | unknown |

Debtor     **ESCEE Delivery LLC**                                                  Case number *(if known)* **23-43451-11**
           Name

| | | |
|---|---|---|
| 47.5 **Mercedes-Benz Short / VIN: WD4PF0CD8KP094561 Lease** | unknown | unknown |
| 47.6 **Mercedes-Benz Short / VIN: WD4PF0CDXKP081813 Lease** | unknown | unknown |
| 47.7 **Mercedes-Benz Short / VIN: WD4PF0CD7KP090159 Lease** | unknown | unknown |
| 47.8 **Mercedes-Benz Short / VIN: WD4PF0CD1KP089198 Lease** | unknown | unknown |
| 47.9 **Mercedes-Benz Long / VIN: WD4PF1CD5KT013240 Lease** | unknown | unknown |
| 47.10 **Mercedes-Benz Long / VIN: WD4PF1CD1KT012411 Lease** | unknown | unknown |
| 47.11 **Mercedes-Benz Short / VIN: WD4PF0CDXKP087773 Lease** | unknown | unknown |
| 47.12 **Mercedes-Benz Long / VIN: WD4PF1CD9KP138248 Lease** | unknown | unknown |
| 47.13 **Mercedes-Benz Long / VIN: WD4PF1CDXKP122866 Lease** | unknown | unknown |
| 47.14 **Mercedes-Benz Long / VIN: WD4PF1CD9KP126388 Lease** | unknown | unknown |
| 47.15 **Mercedes-Benz Short / VIN: WD4PF0CD3KP089798 Lease** | unknown | unknown |
| 47.16 **Mercedes-Benz Short / VIN: WD4PF0CD6KP089455 Lease** | unknown | unknown |
| 47.17 **Ram Truck / VIN: 3C6MRVJG2ME549669 Lease** | unknown | unknown |
| 47.18 **RAM / VIN: 3C6MRVJG9ME549670 Lease** | unknown | unknown |
| 47.19 **Ram Truck / VIN: 3C6MRVJG9ME549667 Lease** | unknown | unknown |
| 47.20 **Ram Truck / VIN: 3C6MRVJG6ME549660 Lease** | unknown | unknown |
| 47.21 **Ram Truck / VIN: 3C6MRVJG1ME549663 Lease** | unknown | unknown |
| 47.22 **Ram Truck / VIN: 3C6MRVJG6ME556320 Lease** | unknown | unknown |
| 47.23 **Ram Truck / VIN: 3C6MRVJGXME556241 Lease** | unknown | unknown |
| 47.24 **Ram Truck / VIN: 3C6MRVJG2ME556184 Lease** | unknown | unknown |
| 47.25 **CDV / VIN: 1FDDF6P89MKA41523 Lease** | unknown | unknown |
| 47.26 **CDV / VIN: 1FDDF6P80MKA41443 Lease** | unknown | unknown |
| 47.27 **Ram Truck XL / VIN: 3C6MRVJG1ME572036 Lease** | unknown | unknown |
| 47.28 **Ram Truck XL / VIN: 3C6MRVJG1ME571906 Lease** | unknown | unknown |
| 47.29 **Ram Truck XL / VIN: 3C6MRVJG4ME572144 Lease** | unknown | unknown |
| 47.30 **Ram Truck XL / VIN: 3C6MRVJG5ME571990 Lease** | unknown | unknown |
| 47.31 **Ram XL / VIN: 3C6MRVJG3ME571986 Lease** | unknown | unknown |
| 47.32 **Mercedes-Benz Short / VIN: WD4PF0CD2KP040284 Lease** | unknown | unknown |
| 47.33 **Mercedes-Benz Long / VIN: WD4PF1CD2KP110534 Lease** | unknown | unknown |
| 47.34 **Mercedes-Benz Short / VIN: WD3PE7CD5JP643163 Lease** | unknown | unknown |
| 47.35 **Mercedes-Benz Short / VIN: WD3PE7CDXJP635009 Lease** | unknown | unknown |
| 47.36 **Step Van / VIN: 1F65F5KN0L0A06298 Lease** | unknown | unknown |
| 47.37 **Step Van / VIN: 1F65F5KN9L0A06235 Lease** | unknown | unknown |
| 47.38 **Step Van / VIN: 1F65F5KN4L0A01217 Lease** | unknown | unknown |

| Debtor | **ESCEE Delivery LLC** | Case number *(if known)* **23-43451-11** |
|---|---|---|
| | Name | |

## Schedule A/B: Assets — Real and Personal Property

| | | |
|---|---|---|
| 47.39 **Step Van / VIN: 1F65F5KN7L0A01244 Lease** | unknown | unknown |
| 47.40 **Step Van / VIN: 1F65F5KY9K0A20452 Lease** | unknown | unknown |
| 47.41 **2022 Mercedes-Benz Short / VIN: W1Y40BHY8NT112151 Lease** | unknown | unknown |
| 47.42 **2022 Mercedes-Benz Short / VIN: W1Y40BHY7NT118135 Lease** | unknown | unknown |
| 47.43 **2022 Mercedes-Benz 2022 / VIN: W1Y40BHY6NT118143 Lease** | unknown | unknown |
| 47.44 **2022 Mercedes-Benz Short / VIN: W1Y40BHY2NT113392 Lease** | unknown | unknown |
| 47.45 **2022 Mercedes-Benz Short / VIN: W1Y40BHY2NT108712 Lease** | unknown | unknown |
| 47.46 **2022 Mercedes-Benz Short / VIN: W1Y40BHY6NT114691 Lease** | unknown | unknown |
| 47.47 **2022 Mercedes-Benz Short / VIN: W1Y40BHY5NT117341 Lease** | unknown | unknown |
| 47.48 **Step Van / VIN: 1F65F5KY4K0A17796 Lease** | unknown | unknown |
| 47.49 **Step Van / VIN: 1F65F5KN2L0A03838 Lease** | unknown | unknown |
| 47.50 **Mercedes-Benz Short / VIN: W1Y40BHYXNT108134 Lease** | unknown | unknown |
| 47.51 **2022 Mercedes-Benz Short / VIN: W1Y40BHY2NT118978 Lease** | unknown | unknown |
| 47.52 **2022 Mercedes-Benz Short / VIN: W1Y40BHY1NT118275 Lease** | unknown | unknown |
| 47.53 **Ram Truck / VIN: 3C6LRVDG5NE117957 Lease** | unknown | unknown |
| 47.54 **2022 Mercedes-Benz / VIN: W1Y4DCHYXNT089272 Lease** | unknown | unknown |
| 47.55 **2022 Mercedes-Benz / VIN: W1Y4DCHY0NT093976 Lease** | unknown | unknown |
| 47.56 **2020 Freightliner / VIN: W2W4ECHY7LT023946 Lease** | unknown | unknown |
| 47.57 **2021 Freightliner / VIN: W2W4DCHY1MT052914 Lease** | unknown | unknown |
| 47.58 **2021 Freightliner / VIN: W2W4DCHY0MT052354 Lease** | unknown | unknown |
| 47.59 **2022 Mercedes-Benz Long / VIN: W1Y4DCHY1NT091069 Lease** | unknown | unknown |
| 47.60 **2022 Mercedes-Benz Long / VIN: W1Y4DCHY7NT089262 Lease** | unknown | unknown |
| 47.61 **2022 Mercedes-Benz Long / VIN: W1Y4DCHY7NT088869 Lease** | unknown | unknown |
| 47.62 **2022 Mercedes-Benz Long / VIN: W1Y4DCHY5NT088871 Lease** | unknown | unknown |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____

48.2 _____

49. **Aircraft and accessories**

49.1 _____

49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____

Debtor  **ESCEE Delivery LLC**                                                    Case number *(if known)* **23-43451-11**
        Name

---

| 51. | **Total of Part 8** | |
| | Add lines 47 through 50. Copy the total to line 87. | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

<div style="background:black;color:white;padding:3px;"><b>Part 9:</b>   Real property</div>

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office Space / 3430 Alameda Street Fort Worth, TX 76126** | **Lease** | **unknown** | | **unknown** |

| 56. | **Total of Part 9** | |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

<div style="background:black;color:white;padding:3px;"><b>Part 10:</b>   Intangibles and intellectual property</div>

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| www.esceedelivery.com | **unknown** | | **$1.00** |

---

Debtor    **ESCEE Delivery LLC**                                          Case number *(if known)* **23-43451-11**
          Name

---

62.  **Licenses, franchises, and royalties**

     _____    _____    _____    _____

63.  **Customer lists, mailing lists, or other compilations**

     _____    _____    _____    _____

64.  **Other intangibles, or intellectual property**

     _____    _____    _____    _____

65.  **Goodwill**

     _____    _____    _____    _____

66.  **Total of Part 10**                                                                          | $1.00 |
     Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

     ☑ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

     ☑ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 11: | All other assets |

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No. Go to Part 12.
     ☐ Yes. Fill in the information below.

                                                                                   **Current value of
                                                                                   debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

     _____    _____ – _____ = ➔    _____
                                  Total face amount    doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     _____    Tax year _____    _____
     _____    Tax year _____    _____
     _____    Tax year _____    _____

73.  **Interests in insurance policies or annuities**

     _____                          _____

---

Official Form 206A/B                **Schedule A/B: Assets — Real and Personal Property**                page **9**

Debtor   **ESCEE Delivery LLC**
Name

Case number *(if known)* **23-43451-11**

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                              _____

   **Nature of claim**        _____

   **Amount requested**       _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____                              _____

   **Nature of claim**        _____

   **Amount requested**       _____

76. **Trusts, equitable or future interests in property**

_____                              _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                              _____

_____                              _____

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.                         _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

Debtor    **ESCEE Delivery LLC**                                            Case number *(if known)* **23-43451-11**
          Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $190,106.14 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,800.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | unknown | |
| 88. | **Real property.** *Copy line 56, Part 9.* ➜ | | unknown |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. | **Total.** *Add lines 80 through 90 for each column*............................91a. | $192,907.14 | + 91b. |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................................................................... | | $192,907.14 |

Fill in this information to identify the case:

Debtor name     ESCEE Delivery LLC

United States Bankruptcy Court for the: _____ Northern _____ District of _____ Texas _____
                                                                                    (State)

Case number (if known):     23-43451-11

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1:          List Creditors Who Have Secured Claims**

| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $337,384.66 | unknown |
|---|---|---|---|---|

**2.1** **Creditor's name**
Vox Funding

**Creditor's mailing address**
100 Park Ave 26th Floor

New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred**          08/30/2023

**Last 4 digits of account number**     ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $409,961.56

Official Form 206D          **Schedule D: Creditors Who Have Claims Secured by Property**          page 1 of _2_

Debtor   ESCEE Delivery LLC _____   Case number (if known) 23-43451-11 _____
     Name

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

| **Part 1:** | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

Vox Funding

**Creditor's mailing address**

100 Park Ave 26th Floor

New York, NY 10017

**Creditor's email address, if known**

_____

**Date debt was incurred**    07/18/2023

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC Lien

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

$72,576.90   unknown

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>ESCEE Delivery LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Northern District of Texas</td></tr>
<tr><td>Case number (if known):</td><td>23-43451-11</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1 Priority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

**2.2 Priority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __

| Debtor | **ESCEE Delivery LLC** | Case number *(if known)* | **23-43451-11** |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,058.19 |
|---|---|---|
| **Capital One Spark Card** | *Check all that apply.* | |
| | ❏ Contingent | |
| **P.O. Box 60519** | ❏ Unliquidated | |
| | ❏ Disputed | |
| **City of Industry, CA 91716** | **Basis for the claim:** **Credit Card** | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** 9 9 8 9 | ❏ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $132,050.00 |
|---|---|---|
| **Cloud Fund LLC** | *Check all that apply.* | |
| | ❏ Contingent | |
| **400 Rella Blvd 165-101** | ❏ Unliquidated | |
| | ☑ Disputed | |
| **Suffern, NY 10901** | **Basis for the claim:** **Merchant Cash Advance** | |
| **Date or dates debt was incurred** 10/23/2023 | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** __ __ __ __ | ❏ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $66,541.50 |
|---|---|---|
| **Headway Capital** | *Check all that apply.* | |
| | ❏ Contingent | |
| **175 W Jackson Blvd 1000** | ❏ Unliquidated | |
| | ❏ Disputed | |
| **Chicago, IL 60604** | **Basis for the claim:** **Line of Credit** | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** 1 9 2 2 | ❏ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|
| **QuickBooks Capital** | *Check all that apply.* | |
| | ❏ Contingent | |
| **2700 Coast Avenue** | ❏ Unliquidated | |
| | ❏ Disputed | |
| **Mountain View, CA 94043** | **Basis for the claim:** **Line of Credit** | |
| **Date or dates debt was incurred** _____ | **Is the claim subject to offset?** ☑ No | |
| **Last 4 digits of account number** __ __ __ __ | ❏ Yes | |

| Debtor | **ESCEE Delivery LLC** | Case number *(if known)* | **23-43451-11** |
| | Name | | |

Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1**              5a. | **$0.00** |
| 5b. | **Total claims from Part 2**              5b. | **+**    **$300,649.69** |
| 5c. | **Total of Parts 1 and 2**                5c. Lines 5a + 5b = 5c. | **$300,649.69** |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ESCEE Delivery LLC |
| United States Bankruptcy Court for the: | Northern District of Texas |
| Case number (if known): | 23-43451-11     Chapter __11__ |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Truck Leases (multiple) / Contract to be REJECTED <br> **State the term remaining** — 0 months <br> **List the contract number of any government contract** | Ryder Truck Rental Inc. <br> 6000 Windward Parkway <br> Alpharetta, GA 30005 |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Truck Leases (multiple) / Contract to be REJECTED <br> **State the term remaining** — 0 months <br> **List the contract number of any government contract** | Zeeba Automotive Group Inc <br> 510 W 6th Street Suite 728 <br> Los Angeles, CA 90014 |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** — Commercial Vehicles (multiple) / Contract to be ASSUMED <br> **State the term remaining** — 0 months <br> **List the contract number of any government contract** | Element Fleet Corporation <br> 940 Ridgebrook Road <br> Sparks Glencoe, MD 21152 |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** — Office Space / Contract to be ASSUMED <br> **State the term remaining** — 0 months <br> **List the contract number of any government contract** | Armet Beach & Basswood Limited Partnership <br> Attn: H. Jill Arnold <br> PO Box 121969 <br> Fort Worth, TX 76121 |

Fill in this information to identify the case:

Debtor name     **ESCEE Delivery LLC**

United States Bankruptcy Court for the: _____**Northern**_____    District of _____**Texas**_____
(State)

Case number (If known):     **23-43451-11**

❑ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   - ❑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   - ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** Sparks, Steven | Street | Vox Funding | ☑ D<br>❑ E/F<br>❑ G |
| | | Vox Funding | ☑ D<br>❑ E/F<br>❑ G |
| | City          State          ZIP Code | Headway Capital | ❑ D<br>☑ E/F<br>❑ G |
| | | Capital One Spark Card | ❑ D<br>☑ E/F<br>❑ G |
| **2.2** Steven Sparks | 1300 Lowe Road Unit 1202<br>Street | Vox Funding | ☑ D<br>❑ E/F<br>❑ G |
| | | Vox Funding | ☑ D<br>❑ E/F<br>❑ G |
| | Mansfield, TX 76063<br>City          State          ZIP Code | Headway Capital | ❑ D<br>☑ E/F<br>❑ G |
| | | Capital One Spark Card | ❑ D<br>☑ E/F<br>❑ G |

| Debtor | **ESCEE Delivery LLC** | Case number (if known) **23-43451-11** |
|---|---|---|
| | Name | |

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.3 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.4 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❏ D ❏ E/F ❏ G |